UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**D'VONTE SPEED,**

      **Plaintiff,**

v.                                 Case No.  6:22-cv-278-CEM-DCI

**WASTE PRO OF FLORIDA, INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Parties' Joint Brief in Support of Approval of Settlement ("Joint Brief," Doc. 21). The United States Magistrate Judge issued a Report and Recommendation (Doc. 22), construing the Joint Brief as a Joint Motion for Approval of Settlement and recommending that it be granted. (*Id*. at 1, 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order.

2. The Parties' Joint Brief in Support of Approval of Settlement (Doc. 21), construed as a Joint Motion for Approval of Settlement, is **GRANTED**.

   a. The Settlement Agreement (Doc. 21-1) is **APPROVED**.

3. The parties may reach an agreement as to attorney's fees and costs without Court approval.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record